40564. WHIDDON v. COTTON STATES MUTUAL INSURANCE COMPANY.

DECIDED FEBRUARY 13, 1964.

*Ford & Houston, P. B. Ford,* for plaintiff in error.
*Marion L. Bridges,* contra.

JORDAN, Judge. This case is controlled by the decision of the Supreme Court of Georgia in *Bullard v. Life &c. Ins. Co.,* 178 Ga. 673, 674 (173 SE 855), in which Justice Gilbert said: "In arriving at the true interpretation of a contract, words usually bear their 'usual and common signification.' In common parlance, or according to usual signification of the word, an 'automobile' is not a 'motorcycle.' Both are 'motor-driven' vehicles, but not all 'motor-driven' vehicles are 'automobiles' nor are all 'motorcycles.' Had it been the intention of the parties that the insurance should cover accidents in riding a motorcycle, the policy would properly have used the words 'motor-driven vehicles.'"

Any language used by this court in *Carter v. State,* 12 Ga. App. 430 (78 SE 205) and *Bonds v. State,* 16 Ga. App. 401 (85 SE 629), relied upon by plaintiff in error, in conflict with the above must yield to the clear cut subsequent ruling of the Supreme Court in *Bullard,* 178 Ga. 673, supra.

The trial court did not err in sustaining the general demurrer to the petition.

*Judgment affirmed. Bell, P. J., and Eberhardt, J., concur.*